## JOHN S. ROBY *versus* JOHN L. LEIB

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Rule to join in error *p. 292; (2) rule to assign errors extended *p. 306; (3) motion to quash writ *p. 306; (4) death of plaintiff suggested *p. 433; (5) administratrix admitted to prosecute *p. 473; (6) motion to quash certiorari overruled *p. 497; (7) motion for joinder in error or judgment *p. 498. *Journal 4:* (8) Judgment of reversal MS p. 41.

PAPERS IN FILE: (1) Affidavit and supplemental affidavit for certiorari, allowance; (2) copy of petition, affidavits and allowance; (3) writ of certiorari; (4) transcript of J. P. record; (5) assignment of errors; (6) joinder in error.

*1822–23 Calendar*, MS p. 27. Recorded in *Book B*, MS pp. 521-24.